UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

        : 

  - v -

        :      ORDER OF CONTINUANCE

JACQUELINE GALLER,
a/k/a "Star Galler"

        :      19 Mag. 1009

              Defendant.  :
------------------------------------------------------------x

ORIGINAL

        Upon the application of the United States of America and the affirmation of Mathew S. Andrews, Assistant United States Attorney, it is found that JACQUELINE GALLER, a/k/a "Star Galler," the defendant, was charged with a violations of 18 U.S.C. §§ 1343, 1349, and 1956 in a complaint dated January 31, 2019, and was arrested on February 6, 2019;

        It is further found that the defendant was presented before Magistrate Judge Judith C. McCarthy on February 6, 2019, and the defendant was released on, among other conditions, a $100,000 unsecured bond to be cosigned by a financial responsible person; travel restricted to the Southern and Eastern Districts of New York; submission to supervision to the Pretrial Services Department, and surrender of any passport;

        It is further found that Ben Ostrer, Esq., counsel for GALLER, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

        It is further found that the Government has requested a continuance of the preliminary hearing date, *nunc pro tunc* from March 6, 2019, to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on

behalf of the defendant has agreed that a continuance until April 3, 2019 may be granted for such purpose;

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and

It is further found that in light of the defendant's ongoing attempts to cooperate with the Government, there is good cause to seal this Order and the underlying Affidavit; and therefore it is

ORDERED that the request for a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) is hereby granted until **April 3, 2019,** and that a copy of this order and the affirmation of Assistant United States Attorney Mathew S. Andrews be served by mail on counsel for the defendant by the United States Attorney; and

ORDERED that this Order and the underlying affidavit be filed under seal in order to protect the safety of the defendant and the integrity of the Government's ongoing investigation.

Dated: White Plains, New York
       March 13, 2019

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :

              - v -                         :     AFFIRMATION

JACQUELINE GALLER,
a/k/a "Star Galler,"                       19 Mag. 1009
                                              :
              Defendant.
------------------------------------------------------------x

STATE OF NEW YORK                 )
COUNTY OF ORANGE                  : ss.:
SOUTHERN DISTRICT OF NEW YORK     )

       Mathew S. Andrews, under penalty of perjury, hereby affirms as follows:

       1.    I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), to be effective *nunc pro tunc* from the date of March 6, 2019.

       JACQUELINE GALLER, a/k/a "Star Galler," the defendant, was charged with a violations of 18 U.S.C. §§ 1343, 1349, and 1956 in a complaint dated January 31, 2019, and was arrested on February 6, 2019. The defendant was presented before Magistrate Judge Judith C. McCarthy on February 6, 2019, and the defendant was released on, among other conditions, a $100,000 unsecured bond to be cosigned by a financial responsible person; travel restricted to the Southern and Eastern Districts of New York; submission to supervision to the Pretrial Services Department, and surrender of any passport.

2. The initial preliminary hearing date was therefore set for March 6, 2019. Since that date, Ben Ostrer, Esq., counsel for GALLER, and the Government have been engaging in discussions concerning a possible disposition of this case without trial, and those discussions are ongoing. In order to continue those discussions, GALLER, through Mr. Ostrer, agreed to continue the preliminary hearing date.

3. Due to administrative error, this case did not initially appear on the magistrate's calendar.

4. Accordingly, the Government now requests a continuance of the preliminary hearing, effective *nunc pro tunc* from March 6, 2019, to April 3, 2019, so that the parties can continue to discuss a possible disposition of this case without trial. I have discussed the matter with Mr. Ostrer by email on March 11, 2019, and they each have agreed that such relief would be appropriate.

5. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6. Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on March 13, 2019.

Mathew S. Andrews
Assistant United States Attorney

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

*IN RE: ORDER OF CONTINUANCE*

*AFFIRMATION*

*GEOFFREY S. BERMAN*
*United States Attorney for Southern District of New York*
*(914) 993-1900*