# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 19 mag 1009          Date 5/28/19

USAO No. 2019R00106

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

United States v. Jacqueline baller, aka Staro baller

The Complaint/Rule 40 Affidavit was filed on 1/31/19

____ U.S. Marshals please withdraw warrant.

Interests of justice

ASSISTANT UNITED STATES ATTORNEY

Mathew Andrews
(Print name)

SO ORDERED:

_____
UNITED STAES MAGISTRATE JUDGE

DATE 5/29/2019

Distribution:   White → Court   Yellow → U.S. Marshals   Green → Pretrial Services   Pink → AUSA Copy